# UNITED STATES DISTRICT COURT
## District of Minnesota

Oluwadamilola Bamigboye,

Petitioner,

v.

Department of Homeland Security,
Immigration and Customs Enforcement,
Director of St. Paul Field Office ICE,
Administrator Sherburne County Jail, Acting
Director St. Paul Field Office ICE,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-2102 LMP/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Oluwadamilola B. Objections to the R&R (ECF No. 21) are **OVERRULED**;
2. The R&R (ECF No. 20) is **ADOPTED**;
3. Oluwadamilola B.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED**; and
4. This matter is **DISMISSED WITHOUT PREJUDICE**.

Date: 6/3/2026

KATE M. FOGARTY, CLERK